# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Dennis Roger Vandyke, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:16-cv-00038-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| US District Court Administration | ) | |
| Clerks of Court, Rutherford County | ) | |
| Court, Graham C. Mullen, Lacy | ) | |
| Thornburg, United States Probation | ) | |
| Office Administration, Charles | ) | |
| McKeller, | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 10, 2016 Order.

March 10, 2016

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court